UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Justin Pollack

Debtor(s)

Case No. 12-24281

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/15/2012.

2) The plan was confirmed on 09/27/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/22/2014.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,325.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,792.50 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $11,792.50

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,475.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $459.90 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,934.90

Attorney fees paid and disclosed by debtor: $2,025.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AT&T BROADBAND | Unsecured | 728.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK NA CONSUMER | Unsecured | 15,044.00 | 16,540.25 | 16,540.25 | 4,540.08 | 0.00 |
| BRUCE ZUMSTEIN | Unsecured | 3,100.00 | NA | NA | 0.00 | 0.00 |
| CB USA INC | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| CINTAS CORP | Unsecured | 678.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 522.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 9,500.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 15,600.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 901.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 173.00 | 173.09 | 173.09 | 16.37 | 0.00 |
| EMPIRE CARPETS | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| ENVIRONMENTAL RECYCLING SVC | Unsecured | 1,086.00 | NA | NA | 0.00 | 0.00 |
| FARMERS INSURANCE | Unsecured | 1,273.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 468.00 | NA | NA | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Unsecured | 2,100.00 | 2,524.20 | 2,524.20 | 689.55 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 637.80 | 637.80 | 63.35 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 231.00 | 1,777.58 | 1,777.58 | 1,777.58 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 787.00 | NA | NA | 0.00 | 0.00 |
| JOLIET PARK DISTRICT | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LIPPERT INC | Unsecured | 3,056.00 | NA | NA | 0.00 | 0.00 |
| MDHBA | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 11,579.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 3,082.00 | 271.40 | 271.40 | 25.65 | 0.00 |
| NTN BUZZTIME | Unsecured | 5,380.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY LABORATORY CONSUI | Unsecured | 1,175.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 380.00 | 380.85 | 380.85 | 38.84 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 3,909.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 1,500.00 | 1,621.70 | 1,621.70 | 430.60 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 818.00 | 818.67 | 818.67 | 132.97 | 0.00 |
| REINHART FOODSERVICE | Unsecured | 599.00 | 607.33 | 607.33 | 70.50 | 0.00 |
| RUSH PRES ST LUKES MEDICAL CTR | Unsecured | 11,975.00 | NA | NA | 0.00 | 0.00 |
| RUSH PRES ST LUKES MEDICAL CTR | Unsecured | 2,152.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 13,249.00 | 1,282.80 | 1,282.80 | 340.61 | 0.00 |
| SLM PC CREDIT STUDENT LOAN TRU | Unsecured | 4,638.00 | 3,148.97 | 3,148.97 | 860.22 | 0.00 |
| SLM PC CREDIT STUDENT LOAN TRU | Unsecured | 4,579.00 | 3,189.44 | 3,189.44 | 871.28 | 0.00 |
| STATE OF CALIFORNIA | Unsecured | 2,146.00 | NA | NA | 0.00 | 0.00 |
| SWANEL | Unsecured | 813.00 | NA | NA | 0.00 | 0.00 |
| UIC | Unsecured | 32,000.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| WIRTZ BEVERAGE | Unsecured | 6,896.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,777.58 | $1,777.58 | $0.00 |
| **TOTAL PRIORITY:** | **$1,777.58** | **$1,777.58** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$31,196.50** | **$8,080.02** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $1,934.90 |
| Disbursements to Creditors | $9,857.60 |
| **TOTAL DISBURSEMENTS** : | **$11,792.50** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/03/2014     By: /s/ Glenn Stearns
                                           Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**